JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROQUE ANTHONY ANDERSON, | Case No.  5:22-cv-01406-JAK-KES |
| Petitioner, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY SHERIFF DEPARTMENT, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Unexhausted § 2254 Petition, IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED:   September 8, 2022

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE